2010-15539
FILED
August 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002840531

1 Ja Vonne M. Phillips, Esq. SBN 187474
2 Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
3 1770 Fourth Avenue
San Diego, CA 92101
4 Phone (619) 685-4800
5 Fax (619) 685-4810

6 Attorney for: Secured Creditor,
7 BankUnited, Assignee of FDIC, as Receiver for BankUnited, FSB, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-15539 |
| Suzanne Gertrude Cornell, | ) DC No. JCW-1 |
| Debtor. | ) Chapter 7 |
| BankUnited, Assignee of FDIC, as Receiver for BankUnited, FSB, its assignees and/or successors, | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Secured Creditor, | ) Date: 8/5/2010 |
| v. | ) Time: 11:00AM |
| | ) Ctrm: Department B |
| Suzanne Gertrude Cornell, Debtor; and Jeffrey M. Vetter, Chapter 7 Trustee, | ) Place: 1300 18th Street, First Floor Bakersfield, CA |
| Respondents. | ) Judge: W. Richard Lee |

RECEIVED
August 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002840531

The motion of Secured Creditor, BankUnited, Assignee of FDIC, as Receiver for BankUnited, FSB, its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable W. Richard Lee, Judge Presiding. Movant appeared telephonically by and through its Attorney of Record, McCarthy & Holthus, LLP by Jennifer C. Wong, Esq. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1311 Beale Avenue, Unit A,B,C,D, Bakersfield, CA 93305.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED that this bankruptcy is finalized with regard to this note and trust deed for purposes of Cal. Civil Code 2923.5.

Dated: August 10, 2010

W. Richard Lee
United States Bankruptcy Judge

File No. CA-10-31374/ Case No. 10-15539
2
Order on Motion For Relief From Stay